FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | CASE NO. CV 06-05240 GPS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE